IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MADISON HEDRICK                                                                          PLAINTIFF

v.                                          Case No. 4:18-cv-944-KGB

UNIVERSITY OF ARKANSAS FOR
MEDICAL SCIENCES by and through
THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS; and
DR. APPALANAIDU SASAPU                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Madison Hedrick's claims are hereby dismissed without prejudice.

So adjudged this the 5th day of September 2019.

_____
Kristine G. Baker
United States District Judge